[No. 13528–1–II. Division Two. March 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIE
EARL JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 199589R70, Brian M. Tollefson, J., entered
November 7, 1989. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and
Morgan, J.

[No. 13605–8–II. Division Two. March 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
JAMES JESSUP, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 87–1–00427–2, Daniel J. Berschauer, J.,
entered February 7, 1990. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J.,
and Alexander, J.

[No. 13687–2–II. Division Two. March 20, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURIE
BALLOS, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 89–1–00164–9, Joel M. Penoyar, J., entered
February 16, 1990. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Petrich, J.